# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSIEL RODRIGUEZ,<br><br>        Petitioner,<br><br>   v.<br><br>R. WILEY,<br><br>        Respondent.<br>_____/ | 1:08-cv-01842-DLB HC<br><br>ORDER DIRECTING PETITIONER TO SUBMIT AMENDED PETITION<br><br>[Doc. 1] |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      In the instant petition, Petitioner contends that his due process rights were violated during the disciplinary hearing conducted on December 13, 2006, because he was not allowed to present documentary evidence in support of his defense. Although Petitioner indicates that he was charged and found guilty of attempted escape, he does not indicate the punishment attached to such violation. While the Due Process Clause protects against the revocation of good-time credits, it does not provide the same level of protection against other forms of discipline. See Sandin v. Conner, 515 U.S. 472, 486 (1995). In order to proceed under section 2241, the contested punishment must affect the fact or length of Petitioner's confinement. Accordingly, Petitioner must submit an amended petition clearly setting forth the rules violation report and any resulting punishment.

      Accordingly, it is HEREBY ORDERED that:

      1.     Petitioner is GRANTED thirty (30) days from the date of service of this Order to

SUBMIT an AMENDED PETITION that clearly lists each ground for relief petitioner intends to raise in this Court along with a brief statement of supporting facts. The amended petition should be clearly and boldly titled "AMENDED PETITION," contain the appropriate case number, and be an original signed under penalty of perjury. Petitioner should also note that every pleading to which an amendment or supplement is permitted must be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. Local Rule 15-220.

2. The Clerk of Court is DIRECTED to send petitioner a blank form petition for petitioners filing pursuant to 28 U.S.C. § 2241.

Petitioner is forewarned that his failure to comply with this order may result in a Recommendation that the petition be dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

Dated:   **December 9, 2008**         /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE